IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



FILED
FEB 1 2 2020
Clerk, U.S. District Court
Texas Eastern

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | SEALED |
| | § | |
| v. | § | Case No. 4:20CR 29 |
| | § | Judge Mazzant |
| KRISTA ASHLEY COX (1) | § | |
| CRAIG BEASON (2) | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### COUNT ONE

                        Violation: 21 U.S.C. § 846 (Conspiracy
                        to Possess with Intent to Distribute
                        Methamphetamine)

That from sometime in or around June 2019, and continuously thereafter up to in or around September 2019, in the Eastern District of Texas and elsewhere, **Krista Cox** and **Craig Beason**, did knowingly and intentionally combine, conspire, and agree with each other and other persons known and unknown to the United States Grand Jury, to knowingly and intentionally possess with the intent to distribute a substance or mixture containing a detectable amount of methamphetamine, in violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses charged in this Indictment, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853, all property used to commit

Indictment
Page 1

or facilitate the offenses, proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses.

A TRUE BILL

_____
GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____         __2/12/20_____
G.R. JACKSON                                             Date
ANAND VARADARAJAN

Attorneys for the United States

Indictment
Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | **SEALED** |
| v. | § § | Case No. 4:20CR 29 |
| KRISTA ASHLEY COX (1)<br>CRAIG BEASON (2) | § § § | Judge Mazzant |

# NOTICE OF PENALTY

## Count One

Violation:   21 U.S.C. § 846

Penalty:   Imprisonment for a term of not more than 20 years, a fine not to exceed $1 million, or both; and a term of supervised release of at least three years.

If it is shown that the defendant committed such violation after a prior conviction for a felony drug offense has become final, not more than 30 years, a fine not to exceed $2 million, or both; a term of supervised release of at least 6 years.

Special
Assessment:   $100.00

Notice of Penalty
Page 1