IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION



| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **SEALED** |
| | § | |
| v. | § | Case No. 4:20CR 29 |
| | § | Judge Mazzant |
| ▆▆▆▆▆▆▆▆▆▆▆▆▆▆ | § | |
| CRAIG BEASON (2) | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### COUNT ONE

> Violation:  21 U.S.C. § 846 (Conspiracy
> to Possess with Intent to Distribute
> Methamphetamine)

That from sometime in or around June 2019, and continuously thereafter up to in or

around September 2019, in the Eastern District of Texas and elsewhere, ▆▆▆▆▆▆ and

**Craig Beason**, did knowingly and intentionally combine, conspire, and agree with each

other and other persons known and unknown to the United States Grand Jury, to knowingly

and intentionally possess with the intent to distribute a substance or mixture containing a

detectable amount of methamphetamine, in violation of 21 U.S.C. § 841(a)(1).

In violation of 21 U.S.C. § 846.

### NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offenses charged in this Indictment, the defendant

shall forfeit to the United States, pursuant to 21 U.S.C. § 853, all property used to commit

or facilitate the offenses, proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses.

A TRUE BILL

_____

GRAND JURY FOREPERSON

JOSEPH D. BROWN
UNITED STATES ATTORNEY

_____          _____

G.R. JACKSON                                                Date
ANAND VARADARAJAN

Attorneys for the United States

Indictment
Page 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | **SEALED** |
| | § | |
| v. | § | Case No. 4:20CR |
| | § | Judge |
| ███████████████████ | § | |
| CRAIG BEASON (2) | § | |

## NOTICE OF PENALTY

### Count One

Violation:    21 U.S.C. § 846

Penalty:    Imprisonment for a term of not more than 20 years, a fine not to exceed $1
million, or both; and a term of supervised release of at least three years.

If it is shown that the defendant committed such violation after a prior
conviction for a felony drug offense has become final, not more than 30
years, a fine not to exceed $2 million, or both; a term of supervised release
of at least 6 years.

Special
Assessment: $100.00