| | |
|---|---|
| DATE: | 4/15/2020 |
| LOCATION: | Plano |
| JUDGE: | Kimberly C. Priest Johnson |
| DEP. CLERK: | Jane Amerson |
| RPTR/ECRO: | Digital Recording |
| USPO: | T. Routh |
| INTERPRETER: | N/A |
| BEGIN/END: | 10:26 – 10:40 |
| TOTAL TIME: | |

CASE NUMBER 4:20-CR-29, 31, 37, 38-ALM

USA v. Craig Beason

Wes Wynne
AUSA

Scott Palmer, Ret
Defense Attorney

**FILED**
APR 15 2020
Clerk, U.S. District Court
Eastern District of Texas

☒ INITIAL APPEARANCE INDICTMENT
☒ ARRAIGNMENT
☐ DETENTION HEARING    ☐ PRELIMINARY HEARING    ☐ STATUS CONFERENCE

☒ Hearing Held    ☒ Hearing Called    ☒ Defendant Sworn    ☐ Interpreter Required

☐ Date of arrest: 3/9    (Other district court & case #)

☒ Defendant signed Consent to Proceed Via Video Conference
☐ Defense counsel requests and authorizes Court to affix signature to Consent to Proceed Via Videoconference

☒ Defendant ☒ advised of charges ☒ advised of maximum penalties ☒ waived reading of indictment

☒ Defendant first appearance with counsel Attorney: Scott Palmer    ☒ Retained
☐ Defendant advises the Court that they ☐ have counsel who is _____ or, ☐ will hire counsel.
☐ Financial affidavit executed by dft.
☐ Defendant requests appointed counsel, is sworn and examined re: financial status.
☐ The court finds the defendant is ☐ able to employ counsel ☐ unable to employ counsel.
☐ _____ CJA appointed
☐ _____ FPD appointed

☐ USA ORAL motion for detention
☐ USA ORAL motion to continue ☐ Oral Order granting continuance ☐ Oral Order denying continuance
☐ Defendant ORAL motion to continue detention hearing
☐ Oral Order granting continuance    ☐ Oral Order denying continuance
☐ Detention hearing set _____
☐ Arraignment set _____

☒ Detention Hearing waived.
☒ Defendant detained based on signed Waiver.
☐ Preliminary Hearing waived.
☐ Court found Probable Cause based on signed Waiver.
☐ Defense counsel requests and authorizes Court to affix signature to Waiver Detention/Preliminary Hearing
☐ Defendant signed Waiver of Rule 5 and 5.1 hearings: ☐ waives identity hearing; ☐ waives preliminary hearing; ☐ waives detention hearing; ☐ waives all hearings but requests hearings be held in prosecuting district.
☐ Defendant signed Waiver of Rule32.1 hearing: ☐ waives identity hearing; ☐ waives preliminary hearing; ☐ waives detention hearing; ☐ waives all hearings but requests hearings be held in prosecuting    district.
☐ Defendant remanded to custody of U.S. Marshal ☐ Defendant ordered removed to Originating District
☐ Order setting conditions of release ☐ PR Bond executed

☐  Defendant failed to appear   ☐ oral order for arrest warrant   ☐ bond forfeited
☐ See reverse/attached for additional proceedings

## ARRAIGNMENT

☒  Arraignment held.     ☒ Arraignment called.

Defendant enters a plea of: ☒ not guilty  ☐ guilty  ☐ nolo
to counts:  ☒ 1  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8  ☐ 9  ☐ 10  ☐ 11  ☐ 12 _____
☐ all counts      (For all Indictments 4:20-CR. 29, 31, 37, 38)

☒  Pretrial Order and Scheduling Order -Discovery and Inspection to be entered.

☒  **PRETRIAL CONFERENCE SET**
**Friday, June 5, 2020: at 10:00 am before Judge Amos L. Mazzant, III in Sherman, Texas.**

## DETENTION

☐  Government witnesses:

☐  Defendant witnesses:

**PROCEEDINGS:**

\* Defense counsel w/drew Motion Reopen in Case 4:19-CR-254 doc. 33)

Court ordered Defendant ☒ DETAINED  ☐ RELEASED

☐  Conditions of Release entered

☒  Defendant remanded to USM.