IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**FILED** APR 1 5 2020
Clerk, U.S. District Court
Eastern District of Texas

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § § § § | |
| v. | § § § § § | CASE NUMBER 4:20-CR-029 – (2) ALM<br>4:20-CR-031– (2) ALM<br>4:20-CR-037 – (2) ALM<br>4:20-CR-038 – (3) ALM |
| **CRAIG BEASON,** | | |

### ORDER

The Court set a hearing to consider the matter of Defendant's detention pending trial and Defendant waived his right to a detention hearing by the execution of waiver.

It is therefore **ORDERED** that Defendant is detained pending trial without prejudice to his re-raising the issue of pretrial detention at any time.

**So ORDERED and SIGNED this 15th day of April, 2020.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE